UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-21632-GAYLES/TORRES

THI MEDICAL, S.A.C.,

          Plaintiff,

v.

FILMORE MANAGEMENT TRADING,
LLC, et al.,

          Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant TÜV Rheinland of North America,

Inc.'s Motion to Dismiss Plaintiff's Complaint (the "Motion"). [ECF No. 11]. The action was

referred to Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on

all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive

matters. [ECF No. 45]. On October 20, 2021, Judge Torres issued his report recommending that

the Motion to Dismiss be granted with leave to amend (the "Report"). [ECF No. 266]. No

objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see

also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres recommends that the Motion be granted, and Plaintiff be given leave to amend the Complaint. The Court finds no clear error with Judge Torres's recommendation and agrees that the Complaint should be dismissed with leave to amend.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)     Judge Torres's Report and Recommendation, [ECF No. 46], is **ADOPTED in full**;

(2)     Defendant TÜV Rheinland of North America, Inc.'s Motion to Dismiss Plaintiff's Complaint, [ECF No. 11], is **GRANTED**;

(3)     Plaintiff's Complaint is **DISMISSED** without prejudice. Plaintiff shall file an Amended Complaint on or before December 6, 2021; and

(4)     Filmore and AST's Motion to Dismiss Plaintiff's Complaint [ECF No. 23] and Claudio Torres' Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP § 12(b)(6) [ECF No. 34] are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of November, 2021.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2