UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-21632-GAYLES/TORRES

THI MEDICAL, S.A.C.,

        Plaintiff,

v.

FILMORE MANAGEMENT TRADING,
LLC, et al.,

        Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant Filmore Management Trading, LLC's ("Filmore") and Pedro R. Ast's ("Ast") Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"). [ECF No. 58]. The action was referred to Chief Magistrate Judge Edwin Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 45]. On June 14, 2022, Judge Torres issued his report recommending that the Motion to Dismiss be granted in part and denied in part (the "Report"). [ECF No. 78]. No objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In his Report, Judge Torres recommends that the Motion be granted with respect to Counts XIII (conspiracy) and XV (conversion) and denied with respect to Counts II, IV, VI, and IX. The Court finds no clear error with Judge Torres's recommendation and agrees that the Motion should be granted in part and denied in part.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)   Judge Torres's Report and Recommendation, [ECF No. 78], is **ADOPTED in full**;

(2)   Defendants' Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 58] is **GRANTED in part and DENIED in part**;

(3)   Counts XIII and XV of the Amended Complaint are **DISMISSED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE